UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| WESLEY ALFORD,<br>　　　　　Plaintiff,<br><br>v.<br><br><br>DAVID WILSON, President, Morgan State University, MARK EMMERT, National Collegiate Athletic Association, President, NCAA FOOTBALL<br>　　　　　Defendants. | **JUDGMENT**<br><br>No. 7:17-CV-9-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered February 13, 2018, that this case is dismissed.

**This Judgment Filed and Entered on February 13, 2018, and Copies To:**
Wesley Alford (via U.S. Mail) 108 St. James Street, Wilmington, NC 28401


February 13, 2018　　　　　　　　PETER A. MOORE, JR., CLERK
　　　　　　　　　　　　　　　　　　/s/ Sandra K. Collins
　　　　　　　　　　　　　　　　　(By) Sandra K. Collins, Deputy Clerk